UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PAUL GILLAN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-2425** |
| **JERRY GOODWIN, WARDEN** | **SECTION "F"(4)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, and the Report and Recommendation and Supplemental Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Supplemental Report and Recommendation, hereby approves the Report and Recommendation and Supplemental Report and Recommendation of the United States Magistrate Judge and adopts them as its opinion in this matter.  Therefore,

**IT IS ORDERED** that the Motion to Supplement (Rec. Doc. No. 21) filed by the petitioner, Paul Gillan, is **GRANTED**.

**IT IS FURTHER ORDERED** that Gillan's Objections (Rec. Doc. No. 17) to the initial Report and Recommendation (Rec. Doc. No. 13) are **OVERRULED**.

**IT IS FURTHER RECOMMENDED** that Gillan's petition for issuance of a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this  21st day of November, 2014.

_____
**UNITED STATES DISTRICT JUDGE**